## 52301. O'NEAL et al. v. GRIFFIN.

BELL, Chief Judge.
The enumerations of error have not been supported by argument or citation of authority in appellants' brief. They are deemed abandoned. Rule 18 (c) (2) (Code Ann. § 24-3618).

*Judgment affirmed. Clark and Stolz, JJ., concur.*

SUBMITTED JUNE 7, 1976 — DECIDED JUNE 11, 1976.

Marvin O'Neal, *pro se.*
*Kenneth R. Ott,* for appellee.